NO UNPUBLISHED  DISPOSITIONS FILED TODAY.